1  ALAN ADELMAN, ESQ. BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   San Francisco, California 94108
3  Telephone: (415) 956-1360
   Facsimile: (415) 625-1339
4
   Attorney for Plaintiff
5  FERNANDO ALMEIDA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   FERNANDO ALMEIDA,              )  NO. CV-10-00452-JSW
12                                 )
              Plaintiff,           )  STIPULATION AND [PROPOSED]
13                                 )  ORDER TO CONTINUE INITIAL CASE
                                   )  MANAGEMENT CONFERENCE
14 vs.                             )
                                   )
15 McCANN-ERICKSON USA, INC.,      )
                                   )
16            Defendant.           )
   _____ )
17
        WHEREAS, the parties to this action, and each of them, are currently in the process of engaging in
18
   negotiations to determine whether a full and final resolution of this matter may be secured.
19
        WHEREAS, the parties to this action, and each of them, wish to dedicate all current litigation
20
   efforts and expenses towards endeavoring to reach a resolution.
21
        WHEREAS, the parties to this action, and each of them, wish to endeavor to avoid the time, costs
22
   and expense that would be incurred in preparing for and attending the currently scheduled June 11, 2010
23
   Case Management Conference.
24
        Accordingly, good cause appearing, and pursuant to this Court's April 7, 2010 Order Setting Case
25
   Management Conference and Requiring Joint Case Management Conference Statement, the parties, and
26

1  each of them, hereby stipulate as follows:

2  The parties are jointly stipulating to, and respectfully requesting that this Court issue an Order
3  establishing, the continuance of the currently scheduled June 11, 2010 Case Management Conference to
4  July 9, 2010, or a date as soon thereafter as this Court may accommodate.

5  DATED: June 1, 2010                        LAW OFFICES OF ALAN ADELMAN

7                                     By: *Alan Adelman*
                                           ALAN ADELMAN
8                                          Attorney for Plaintiff
                                           FERNANDO ALMEIDA

10 DATED: June 1, 2010                        MORRISON FOERSTER

12                                    By: *Eric C. Tate*
                                           ERIC A. TATE
13                                         Attorneys for Defendant
                                           McCANN-ERICKSON USA, INC.

15 GOOD CAUSE APPEARING, it is hereby Ordered that the Case Management Conference in
16 this matter currently scheduled to be conducted on June 11, 2010 shall be continued to the following date
17 and time: July 9, 2010 at 1:30 p.m. . The Joint Case Management Conference Statement shall
18 be filed seven calendar days prior to the new hearing date.

**IT IS SO ORDERED.**

Dated: June 2, 2010

                                           *Jeffrey S. White*
                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NUMBER: CV-10-00452-JSW         2